1  GREENBERG TRAURIG, LLP
   GREGORY A. NYLEN (SBN 151129)
2  DANIELLE N. DECOU (SBN 208809)
   2450 COLORADO AVENUE, SUITE 400E
3  Santa Monica, California 90404
   Telephone: (310) 586-7700
4  Facsimile: (310) 586-7800
   Email: nyleng@gtlaw.com; decoud@gtlaw.com
5
   HARLEY I. LEWIN *(Admitted pro hac vice)*
6  GREENBERG TRAURIG, LLP
   MetLife Building
7  200 Park Avenue
   New York, NY 10166
8  Telephone: (212) 801-9200
   Facsimile: (212) 801-6400
9  Email: lewinh@gtlaw.com

10 Attorneys for Plaintiffs CARTIER INTERNATIONAL B.V.,
   RICHEMONT INTERNATIONAL S.A.,
11 LANGE UHREN GmbH and MONTBLANC-SIMPLO, GmbH

12

13 **IN THE UNITED STATES DISTRICT COURT**

14 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| CARTIER INTERNATIONAL B.V.; RICHEMONT INTERNATIONAL, S.A.; LANGE UHREN GmbH; and MONTBLANC-SIMPLO, GmbH,<br><br>Plaintiffs,<br>v.<br>GILBERT ARMADA HERNANDEZ, individually; ARMANDO ROBLEDO a/k/a "MANDO," individually; GILBERT ARMADA HERNANDEZ d/b/a www.importcolo.com d/b/a www.pricewatches.com d/b/a www.wristcrown.com d/b/a WC Inc; ECOM MERCHANT SOLUTIONS INC. d/b/a www.ecommerchantsolutions.com; PRIORITY PAYMENT SYSTEMS, LLC d/b/a www.prioritypaymentsystems.com; JOHN DOES 1-10; JANE DOES 1-10; and XYZ COMPANIES 1-10,<br><br>Defendants | CASE NO. CV 06-06030-AHM (JTLx)<br><br>ORDER ON NOTICE OF DISMISSAL OF ACTION AS TO ALL REMAINING DEFENDANTS |

Based on the Notice filed by Plaintiffs, CARTIER INTERNATIONAL B.V., RICHEMONT INTERNATIONAL, S.A., LANGE UHREN GmbH, and MONTBLANC-SIMPLO, GmbH (collectively, "Plaintiffs"), and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby ordered that Plaintiffs' Second Amended Complaint, shall be dismissed as to all remaining defendants, including Armando Robledo a/k/a "Mando", John Does 1-10, Janes Does 1-10 and XYZ Companies 1-10.

**SO ORDERED.**

Dated: June 13, 2008          By:_____
                                  Judge A. Howard Matz
                                  UNITED STATES DISTRICT JUDGE

**Make JS-6**